UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAMANTHA ARNOLD                                                          PLAINTIFF

V.                            NO. 3:17-CV-00189-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                           DEFENDANT

## **ORDER**

Before the Court is the Commissioner's Motion for Extension of Time to file her brief. The Motion is unopposed. For good cause shown,

IT IS HEREBY ORDERED that the Commissioner's Motion (*Doc. 12*) is GRANTED. The Commissioner's brief is due no later than **February 2, 2018**.

DATED this 2nd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE