# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SAMANTHA ARNOLD                                                                    PLAINTIFF

V.                            NO. 3:17-CV-00189-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                     DEFENDANT

# ORDER

The Commissioner's Motion to Withdraw Motion for Stay[1] and to Extend Time (*Doc. 15*) is GRANTED. The Commissioner's brief is due no later than **February 5, 2018**.

DATED this 23rd day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] (*Doc. 14.*)