UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SAMANTHA ARNOLD                                                                 PLAINTIFF

v.                                  No. 3:17-CV-00189-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner
of Social Security Administration                                               DEFENDANT

## ORDER

Pending before the Court is Plaintiff Samantha Arnold's Motion for Attorney's Fees and Expenses under the Equal Access to Justice Act ("EAJA"). *Doc. 21.* The Motion is unopposed. *Doc. 23.*

Plaintiff's attorney, Stephanie Bartels Wallace, requests a total award of **$3,298.27** (which sum includes 14.20 attorney hours at an hourly rate of $196; 6.60 paralegal hours at an hourly rate of $75; and expenses of $20.07).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that an award of **$3,298.27** is reasonable.

IT IS HEREBY ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA, *doc. 21*, is GRANTED.

IT IS FURTHER ORDERED that Plaintiff is awarded **$3,298.27** in fees under the EAJA.[1]

Dated this 18th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff, but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.